IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00948-BNB

CHARLIE JAMES GRIFFIN, JR.,

    Plaintiff,

v.

MESSAMORE KELLY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff Charlie James Griffin, Jr., initiated this action by filing *pro se* a Complaint. Mr. Griffin briefly discusses a 1995 criminal conviction in the Complaint and he alleges that his rights under the United States Constitution have been violated, apparently because "all of the halfway houses in Colorado has [sic] discriminated against me." (Compl. at 2.) On April 29, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Griffin to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. In particular, Magistrate Judge Boland noted that "[i]t is not clear to the court what specific claim or claims Mr. Griffin is asserting and it is not clear exactly who the named Defendant is or what connection he has to Mr. Griffin's criminal conviction and sentence or to the alleged violations of Mr. Griffin's constitutional rights." (Order Directing Pl. to File Am. Compl. at 3.) Mr. Griffin was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Griffin has not filed an amended complaint as directed. Instead, on May 15, 2009, he filed a letter to the Court with a number of attachments. The letter is addressed to Magistrate Judge Boland and is regarding "Civil Action Number 09-cv-00948-BNB, AMENDED COMPLAINT." In its entirety, the text of Mr. Griffin's letter to the Court filed on May 15 provides as follows:

> As I mention in my 1983 Civil Compliant [sic] I served 14 years falsely in prison for a simple fist fight and my bond was only 2000.00 dollars. My maximum sentence was six years in prison. Mrs. Messamore Kelly and others who [sic] names I do not know at this time. But she and all of the Halfway Houses and I.S.P. have turned me down every time I applied. I applied in Colorado Springs, Pueblo, Colorado, and Denver, Colorado. I did 428 days in jail and 72 months day for day all the way to my mandatory release date. Then I did another 36 months in prison day for day to another mandatory release date for the same case. Mrs. Messamore Kelly and others who [sic] names I do not know right now at the present time. They knew that I had served the maximum sentence of 6 years in prison and a lot more time. But Mrs. Messamore [sic] and others and all of the halfway houses still refused to let me go to I.S.P. or <u>any</u> halfway houses. Although I was still eligible for the halfway houses they still discriminated against me by letting some others [sic] inmates go to I.S.P. or even to the Halfway Houses.
>
> They have all violated my 5th, 6th, 8th, and 14th Constitutional [sic] Civil Rights. I am sending this Court my Habeas Corpus dated, August 28, 2003, my Mittimus, by Judge Martinez, my statutory Discharge Paper from Colorado Department of Correction [sic] dated, February 27, 2006, and my Medical Records. The enclosed documents will verify that I have severed [sic] my maximum six (6) years sentence and a lot more. In other words, they put me in prison falsely for all of those extra years. Once again, I am asking this [sic] to appoint me an attorney to represent me in this case. For my pain and suffering, etc. I am asking for one hundred million dollars with all the evident [sic] that I am submitting that's why I'm asking this Court to let my case go forward.

(Pl.'s Letter to the Court filed May 15, 2009.)

The Court must construe the documents filed by Mr. Griffin liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for a *pro se* litigant. *See id.*

The Court has reviewed Mr. Griffin's letter to the Court filed on May 15 and finds that Mr. Griffin has failed to comply with Magistrate Judge Boland's order to file an amended complaint. In short, Mr. Griffin's letter to the Court is not an amended complaint and does not "contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." Fed. R. Civ. P. 8(a).

Magistrate Judge Boland specifically advised Mr. Griffin that, in order "to state a claim in federal court, a complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Despite this specific instruction, Mr. Griffin has failed to file a pleading that complies with the requirements of Rule 8. In particular, Mr. Griffin fails to identify the specific legal rights that allegedly have been violated, he fails to allege specific facts to support his claims, and he fails to identify the specific actions of the named Defendant that allegedly violated his rights. Although the papers filed by Mr. Griffin must be construed liberally, the Court will not construct legal arguments for a *pro se* litigant. *See Garrett v. Selby Connor Maddux*

& *Janer*, 425 F.3d 836, 840 (10th Cir. 2005). Therefore, the action will be dismissed for failure to comply with the pleading requirements of Rule 8. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 23 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00948-BNB

Charlie James Griffin, Jr.
P.O. Box 17454
Colorado Springs, CO 80935

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/24/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk